STATE of Missouri, Respondent,

v.

**Charles Ray SCHIEBER, Appellant.**

No. WD 48751.

Missouri Court of Appeals,
Western District.

Nov. 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1994.

Application to Transfer Denied
Jan. 24, 1995.

Before CARL R. GAERTNER, P.J., and CRANE and AHRENS, JJ.

*ORDER*

Lawrence R. Magee, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM:

Appeal from conviction and sentence of one year in county jail and a $2,000.00 fine

**10**

for stealing property with a value of at least $150.00, in violation of § 570.030, RSMo 1986.

Affirmed. Rule 30.25(b).